# ATTACHMENT 1

FILED/REC'D
2022 SEP 15 A 10: 16
CLERK OF COURT
U.S. DISTRICT COURT
OF WI

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__William Lee Lynch__

vs

(Full name of defendant(s))

__Wisconsin Department of Corrections__
__Probation and Parole,__
__Probation officer Amanda Kinnyon,__
__TLP Supervisor Tiffiny Hicks__

Case Number:

__22 CV 528 WMC__

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __Chippewa Valley Treatment facility 2909 East Park Ave Chippewa Falls, WI 54729__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **William Lynch**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **2909 East Park Ave**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Wisconsin Department of Corrections, TLP Richland Center, WI**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was released from prison on March 16th 2021 to A TLP in Richland Center, WI. I was at the TLP from March 2021 till June 2021. While at the TLP I was mistreated by the TLP Supervisor Tiffiny Hicks. On multiple occasions Tiffiny Hicks threatend me. I was blackmaled sevral times while I was at the TLP by the Supervisor for money. I was put in the TLP by the Department of Corrections, because

Attachment One (Complaint) – 2

I did not have an aproved housing when I got released from prison. While I was at the TLP I reported to the probation officer about things that where going on at the TLP. I even sent an video of another TLP resident who was living there. Nothing was ever done about It. I was put in a position that I should not of been in. I have tried to keep from getting involved with this, but I want to make sure things like this stop In TLP's The Department of Corrections uses the TLP for people who get out of prison that dont have a place to go. They are full of drugs, corruption and the Department of Corrections continues to put people in them. As an offender and someone who has been In The Same TLP In the past. I've seen the corruption and It's wrong.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

My goal is to do what I can to make sure that things change at TLP's in Wisconsin. It was hard for me to report what was going on because who would believe an offender. I would like to have things change at TLP's to better help people who go to The TLP's. I would like the Court to maybe order a review of how TLP's are used and more honest people who run them. TLP's should be there to help people not full of drugs and corrupted workers.

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
   OR

☒ Court Trial – I want a judge to hear my case

Dated this _6th_ day of _September_ 20_22_.

Respectfully Submitted,

_____
Signature of Plaintiff

_294219_
Plaintiff's Prisoner ID Number

Chippewa Valley treatment facility
2909 East Park Ave, chippewa falls, WI 54729
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.